```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-132 |
| MURTY VEPURI, et al. | : | NO. 21-mj-1220 |

## ORDER

AND NOW, this 19th day of October, 2021, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the Government for an order to establish procedure to protect privilege is DENIED;

(2) the cross-motion of defendant KVK-Tech, Inc. for return of its records and to enjoin the Government from reviewing privileged documents is DENIED; and

(3) the parties shall submit to the court, on or before October 29, 2021, a proposed order consistent with the accompanying Memorandum and shall include specific deadlines for each step in the process.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.