**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MURTY VEPURI<br>ASHVIN PANCHAL<br>KVK-TECH, INC. | Case No. 21-132-HB<br><br>The Hon. Harvey Bartle III<br><br>**ORAL ARGUMENT REQUESTED** |

# DEFENDANTS' JOINT MOTION TO DIRECT THE GOVERNMENT TO GIVE NOTICE OF ITS INTENT TO RELY UPON 404(B) EVIDENCE

Defendants Murty Vepuri, Ashvin Panchal, and KVK-Tech, Inc. (collectively, "Defendants"), by and through undersigned counsel, hereby move this Court for an order requiring the government to provide: (1) notice of its intent to introduce 404(b) evidence; and (2) a list of all such evidence, including names of witnesses, dates, summaries of expected testimony, and any related documentary evidence as soon as practicable but no less than thirty (30) days before trial. In support of this Motion, Defendants rely upon the attached memorandum of law, which is incorporated herein.

WHEREFORE, Defendants respectfully request that this Court enter the attached Order requiring the government to give notice of its intent to reply upon 4040(b) evidence as soon as practicable and no less than thirty days before trial.

Dated: December 1, 2021

Respectfully submitted,

*/s/ Justin C. Danilewitz*
Justin C. Danilewitz
Tricia M. Duffy
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 37th Floor
Philadelphia, PA 19102
(215) 972-1977
justin.danilewitz@saul.com

*/s/ Lisa A. Mathewson*
Lisa A. Mathewson
MATHEWSON LAW LLC
123 S Broad Street, Suite 1320
Philadelphia, PA 19109
(215) 399-9592
lam@mathewson-law.com

Brien T. O'Connor*
ROPES & GRAY LLP
Prudential Tower 800
Boylston Street
Boston, MA 02199-3600
(617) 951-7281
brien.oconnor@ropesgray.com

Beth P. Weinman*
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006-6807
(202) 508-4600
beth.weinman@ropesgray.com

*Counsel to Murty Vepuri*

Jack W. Pirozzolo*
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com

Jeffrey M. Senger*
Amy L. DeLine*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
(202) 736-8000
jsenger@sidley.com
adeline@sidley.com

*Counsel to KVK-Tech, Inc.*

*<u>/s/ Patrick J. Egan</u>*
Patrick J. Egan
Saverio S. Romeo
FOX ROTHSCHILD LLP
2000 Market St. #2000
Philadelphia, PA 19103
(215) 299-2000
pegan@foxrothschild.com
sromeo@foxrothschild.com

*Counsel to Ashvin Panchal*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MURTY VEPURI<br>ASHVIN PANCHAL<br>KVK-TECH, INC. | Case No. 21-132-HB<br><br>The Hon. Harvey Bartle III<br><br>**ORAL ARGUMENT REQUESTED** |

# MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DIRECT GOVERNMENT TO GIVE NOTICE OF INTENT TO RELY UPON 404(B) EVIDENCE

Pursuant to Federal Rule of Evidence 404(b), Defendants Murty Vepuri, Ashvin Panchal, and KVK-Tech, Inc., by and through undersigned counsel, respectfully move this Court to direct the government to (1) provide pretrial notice of its intent to introduce evidence alleging the Defendants' commissions of other crimes, wrongs, acts, and misconduct, and (2) provide Defendants with a list of all such evidence, including names of witnesses, dates, summaries of expected testimony, and any related documentary evidence. Defendants request that the government provide this notice as soon as practicable, but—consistent with the practice in this Circuit—no less than thirty days before trial.

Rule 404(b) provides that, where requested by a criminal defendant, the government must give "reasonable notice" of evidence of other crimes, wrongs, or acts that it intends to offer at trial to allow the defendant "a fair opportunity to meet it." Fed. R. Evid. 404(b)(3). The notice must be in writing and must articulate the permitted purpose for which the government seeks to offer the evidence. *See id.* The purpose of this pretrial notice requirement is to "reduce surprise and promote early resolution on the issues of admissibility." Fed. R. Evid. 404(b), Notes of Committee on the Judiciary, Sen. Rep. No. 93-1277. What constitutes "reasonable notice" is determined by

the "circumstances and complexity of the prosecution." *United States v. Coles*, 511 F. Supp. 3d 566, 593 (M.D. Pa. 2021).

Courts in this Circuit repeatedly have ordered the government to provide at least thirty days' notice of Rule 404(b) evidence to allow defendants sufficient time to rebut the impact of such evidence or prepare motions *in limine* to preclude its admission at trial. *See, e.g.*, *Coles*, 511 F. Supp. 3d at 593 (ordering the government to notify all defendants whether it intends to offer evidence under Rule 404(b) "at least 30 days before trial," given the "circumstances and complexity of th[e] prosecution, and the anticipated volume of motions *in limine*"); *United States v. Campell*, 2018 U.S. Dist. LEXIS 34936, at *1 (D. Del. Mar. 5, 2018) (ordering the government to give notice of its intent to use Rule 404(b) evidence "no later than thirty days before trial"); *United States v. Smith*, 2017 U.S. Dist. LEXIS 185827 (D. Del. Nov. 9, 2017) (same); *see also United States v. Goode*, 2018 WL 919928, at *17 (S.D.N.Y. Feb. 15, 2018) (same); *United States v. Vaid*, 2017 WL 3891695, at *13 (S.D.N.Y. Sept. 5, 2017) (same).

There is no reason to deviate from this precedent here. In this case, the significant volume of discovery, the number of defendants, and the complexity of the government's case all warrant at least thirty days' notice of the government's intent to use Rule 404(b) evidence at trial. Defendants are charged with a five-year scheme to commit offenses against the United States (including by defrauding the U.S. Food and Drug Administration), and KVK-Tech is separately charged with defrauding a large wholesale customer through use of the mails. Dkt. No. 4. This Court has already found that "the case taken as a whole is so unusual and so complex, due to the number of defendants or the nature of the prosecution and other complexity, that it is unreasonable to expect adequate preparation within the periods of time established [by the Speedy Trial Act]." Dkt. No. 62. The voluminous evidence and discovery in this case—including hundreds of

thousands of pages of documents and numerous witnesses—will inevitably give rise to several motions *in limine* on the admissibility of certain evidence. *See* Dkt. No. 50. The government itself has noted that, "[g]iven the complexity of this case, the defendants are likely to file motions that may raise significant evidentiary and legal issues." *Id.* Accordingly, at least thirty days is necessary for Defendants to prepare to rebut such evidence or raise any admissibility issues, for the government to respond, and for this Court to resolve any such issues in advance of trial.

Accordingly, Defendants respectfully request that this Court direct the government to provide notice of its intent to admit Rule 404(b) evidence at trial, as soon as practicable but no less than thirty days before trial.

Dated: December 1, 2021

Respectfully submitted,


*/s/ Justin C. Danilewitz*
Justin C. Danilewitz
Tricia M. Duffy
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 37th Floor
Philadelphia, PA 19102
(215) 972-1977
justin.danilewitz@saul.com

Brien T. O'Connor*
ROPES & GRAY LLP
Prudential Tower 800
Boylston Street
Boston, MA 02199-3600
(617) 951-7281
brien.oconnor@ropesgray.com

Beth P. Weinman*
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006-6807
(202) 508-4600
beth.weinman@ropesgray.com

*Counsel to Murty Vepuri*

*/s/ Lisa A. Mathewson*
Lisa A. Mathewson
MATHEWSON LAW LLC
123 S Broad Street, Suite 1320
Philadelphia, PA 19109
(215) 399-9592
lam@mathewson-law.com

Jack W. Pirozzolo*
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com

Jeffrey M. Senger*
Amy L. DeLine*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
(202) 736-8000
jsenger@sidley.com
adeline@sidley.com

*Counsel to KVK-Tech, Inc.*

*/s/ Patrick J. Egan*
Patrick J. Egan
Saverio S. Romeo
FOX ROTHSCHILD LLP
2000 Market St. #2000
Philadelphia, PA 19103
(215) 299-2000
pegan@foxrothschild.com
sromeo@foxrothschild.com

*Counsel to Ashvin Panchal*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I served a copy of *Defendants' Joint Motion to Direct the Government to Give Notice of its Intent to Rely Upon 404(b) Evidence and Memorandum in Support thereof*, upon the following via ECF and e-mail:


AUSA Mary Beth Leahy
AUSA Patrick J. Murray
**U.S. ATTORNEY'S OFFICE**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
mary.beth.leahy@usdoj.gov
patrick.j.murray@usdoj.gov

Ross S. Goldstein
Alisha Crovetto
**U.S. DEPARTMENT OF JUSTICE**
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
ross.goldstein@usdoj.gov
alisha.m.crovetto@usdoj.gov

*Attorneys for the United States*

Patrick J. Egan
Saverio S. Romeo
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103
pegan@foxrothschild.com
sromeo@foxrothschild.com

*Attorneys for Defendant Ashvin Panchal*

Lisa A. Mathewson
**MATHEWSON LAW LLC**
123 South Broad Street, Suite 1320
Philadelphia, PA 19109
lam@mathewson-law.com

Amy L. Deline
Jeffrey M. Senger
**SIDLEY AUSTIN LLP**

1501 K Street NW
Washington, DC 20005
adeline@sidley.com
jsenger@sidley.com

Jack Woodruff Pirozzolo
**SIDNEY AUSTIN LLP**
60 State Street
36TH FLOOR
Boston, MA 02109
jpirozzolo@sidley.com

*Attorneys for Defendant KVK-Tech, Inc.*

Dated: December 1 , 2021 /s/ *Tricia M. Duffy*