IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MURTY VEPURI, et al. | : | NO. 21-132 |

ORDER

AND NOW this 23rd day of February, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motions of defendants KVK-Tech, Inc. (Doc. # 96) and Ashvin Panchal (Doc. # 102) to dismiss the superseding indictment for failure to state an offense, in which defendant Murty Vepuri joins as a movant (Doc. # 107), is GRANTED with respect to count one to the extent it charges defendants with conspiring to introduce an article in violation of 21 U.S.C. §§ 331(d) and 355(a); and

(2) the said motions of defendants to dismiss the superseding indictment for failure to state an offense is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.