IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MURTY VEPURI, et al. | : | NO. 21-132 |

ORDER

AND NOW, this 24th day of February, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motions of defendants Murty Vepuri (Doc. # 94) and Ashvin Panchal (Doc. # 102), in which defendant KVK-Tech, Inc. joins (Doc. # 107), to dismiss the superseding indictment on statute of limitations grounds is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                           J.