

NOTICE TO ALL PARTIES

March 16, 2022

      RE:   **U.S. vs. Vepuri, Murty, et al.**
              Reference #: 1450008185

Dear Parties:

Based on my own knowledge as well as a good faith search of records available to me and JAMS personnel and, further based on the information supplied concerning the names of the parties and their counsel, the attached report indicates any prior or pending proceedings wherein I have acted as judge pro tem, referee, arbitrator, mediator, or settlement facilitator involving the parties, counsel or counsels' firms in the past five years. The attached report was prepared by a JAMS associate and reviewed by me. Nothing in this report would, in my opinion, prohibit me from impartially serving in this case.

If you should have any questions or wish to discuss my qualifications to act in this case, please contact Salvador Sauceda Guzman at 202-533-2024 who will arrange for a conference call.

I remind you that any objection to my appointment should be put in writing, filed and served upon all parties and me.

Sincerely,

*Gregory P. Miller*

Mr. Gregory P. Miller Esq.



**DISCLOSURE CHECKLIST FOR SPECIAL MASTER & DISCOVERY REFEREE MATTERS**

**The term "Master" is used to refer to Special Master and Discovery Referee.**

Case Title: U.S. vs. Vepuri, Murty, et al.
Case:        JAMS Ref. #: 1450008185
Panelist Name: Gregory P. Miller
Checklist supplements disclosure report 16A

|  | Yes | No |
|---|---|---|
| 1.  Master or member of Master's family [The term "member of the Master's family" includes the Master's immediate family or member of the Master's household] is a party, a party's spouse or domestic partner, an officer, director or trustee of a party? | ( ) | (X) |
| 2. Master or member of Master's family is a lawyer in the Hearing, related to a lawyer in the Hearing or currently associated in the private practice of law with a lawyer in the Hearing? | ( ) | (X) |
| 3. Master or a member of Master's family has or has had a significant personal relationship with any party or lawyer for a party? | ( ) | (X) |
| 4. Master is serving or within preceding 5 years has served: | | |
| (A) As a neutral Master in another hearing involving a party, lawyer for a party, or law firm for a party to the current hearing? | ( ) | (X) |
| (B) As a party-appointed Master in another hearing for either a party, lawyer for a party, or law firm for a party to the current hearing? | ( ) | (X) |
| (C) As a neutral Master in another hearing in which the Master was selected by a person serving as a party-appointed Master in the current hearing? | ( ) | (X) |
| (D) As a dispute resolution neutral other than an Master in another pending or prior case involving a party or lawyer in the current hearing or a lawyer who is currently associated in the private practice of law with a lawyer in the hearing. | (X) | ( ) |
| 5. Master has or has had an attorney-client relationship with a party or lawyer for a party to the current hearing, including representing the party; an officer, director or trustee of a party; or the Master provided legal advice to a party or a lawyer in the hearing concerning any matter involved in the hearing? | ( ) | (X) |
| 6. Master or member of Master's family has or has had any other professional relationship with a party or lawyer for a party, including as an expert witness or consultant? | ( ) | (X) |
| 7. Master or member of Master's family has a financial interest in a party?  (The term "financial interest" means ownership of a legal or equitable interest, or a relationship as a director, adviser, or other active participant in the affairs of a party.  [See, 28 U.S.CA. sec. 455.] | ( ) | (X) |
| 8. Master or member of Master's family has personal knowledge of disputed evidentiary facts relevant to the hearing?  A person likely to be a material witness in the proceeding is deemed to have personal knowledge of disputed evidentiary facts. | ( ) | (X) |

9. Is there any other matter that:

(A) Might cause a person aware of the facts to reasonably entertain a doubt that the Master would be able to be impartial?                                                               ( ) (X)

(B) Leads the proposed Master to believe there is a substantial doubt as to the Master's capacity to be impartial, including, but not limited to, bias or prejudice toward a party, lawyer, or law firm in the hearing?                                                                               ( ) (X)

(C) Otherwise leads the Master to believe that the Master's disqualification will further the interests of justice?                                                                               ( ) (X)

|  | Yes | No |
|---|---|---|
| 10. Is the Master not able to properly perceive the evidence or properly conduct the proceedings because of a permanent or temporary physical impairment? | ( ) | (X) |
| 11. Are there any constraints on the Master's availability known to the Master that will interfere with the Master's ability to commence or complete the hearing in a timely manner? | ( ) | (X) |
| 12. Do you participate in social networking sites such as Facebook, Twitter, or LinkedIn? | (X) | ( ) |

If the Master marked this question, "Yes," it is possible that one of the lawyers or member of a law firm involved in this matter is in some way connected to the Master through this professional networking application. However, none of these contacts rises to the level of a prior business relationship that might cause a person aware of the facts to reasonably entertain a doubt that the Master would be able to be impartial, unless otherwise noted below.

13. Is the Master an owner panelist of JAMS?                                                                               ( ) (X)

JAMS has more than 400 neutrals on its panel, and approximately one third of JAMS neutrals have an ownership share in the company. Each owner holds one share and there are no outside shareholders. Owners are not privy to information regarding the number of cases or revenue related to cases assigned to other panelists. No shareholder's distribution exceeds 0.1% of JAMS total revenue in a given year. Shareholders are not informed about the extent to which their profit distributions may be impacted by any particular client, lawyer or law firm and shareholders do not receive credit for the creation or retention of customer relationships. Upon commencement of this matter JAMS served on all parties a report listing the numbers of cases JAMS has administered in the last five years involving any party, lawyer, or law firm in the present case.

**If the Master has answered "yes" to any of the above questions, except question 13, the Master will explain below and/or see attached rider:**

Question #:        Explanation:

4(D)        Mediator in a case with Fox Rothschild LLP; Mediator in a closed case with Ropes and Gray.

12.        Limited use of LinkedIn for professional purposes.

**Declarations of Master:**

1. Having been nominated or appointed as a Master, I have made a reasonable effort to inform myself of any matters that could cause a person aware of the facts to reasonably entertain a doubt that as the proposed Master I would be able to be impartial. In addition, I have disclosed all such matters to the parties.

2. I practice in association with JAMS. Each JAMS neutral, including me, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.

3. My responses to the questions above are true and correct to the best of my knowledge.

4. Please note JAMS neutrals regularly engage in speaking engagements, CLEs, discussion groups and other professional activities, and it is possible that a party, company, lawyer or law firm connected with this proceeding either attended, participated or was on a panel with the Master.

Date: March 12, 2022                    Signature of Master: _Gregory P. Miller_

General Disclosures, Report A (MKT016A)

U.S. vs. Vepuri, Murty, et al.

This report includes General Disclosure of Client Activity from 03/11/2017 to 03/11/2022. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: Gregory P. Miller                     Reference #: 1450008185                 3/11/2022

## Defendant(s)

**Ashvin Panchal**

No Address Listed

**Cases heard with Ashvin Panchal**

No Cases to Report

**KVK Tech, Inc**

No Address Listed

**Cases heard with KVK Tech, Inc**

No Cases to Report

**Murty Vepuri**

No Address Listed

**Cases heard with Murty Vepuri**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

General Disclosures, Report A (MKT016A)

U.S. vs. Vepuri, Murty, et al.

This report includes General Disclosure of Client Activity from 03/11/2017 to 03/11/2022. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: Gregory P. Miller          Reference #: 1450008185          3/11/2022

## Counsel for Defendant

Patrick J. Egan
**Fox Rothschild LLP**
2000 Market St.
20th Floor
Philadelphia, PA 19103-3291

**Cases heard with Patrick J. Egan**

No Cases to Report

**Cases heard with Fox Rothschild LLP**
Mediations\Neutral Analysis\Other

- Mediation(s) - Closed cases                    1

Saverio S. Romeo
**Fox Rothschild LLP**
2000 Market St.
20th Floor
Philadelphia, PA 19103-3291

**Cases heard with Saverio S. Romeo**

No Cases to Report

Mathewson A. Lisa
**Mathewson Law LLC**
123 South Broad Street
Suite 1320
Philadelphia, PA 19109

**Cases heard with Mathewson A. Lisa**

No Cases to Report

**Cases heard with Mathewson Law LLC**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

**U.S. vs. Vepuri, Murty, et al.**

This report includes General Disclosure of Client Activity from 03/11/2017 to 03/11/2022. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |
|---|---|---|

Beth  Weinman
Ropes & Gray

2099 Pennsylvania Avenue, NW
Washington, DC 20006

**Cases heard with Beth  Weinman**

No Cases to Report

Brien T. O'Connor
Ropes & Gray

Prudential Tower
800 Boylston St.
Boston, MA 02199

**Cases heard with Brien T. O'Connor**

No Cases to Report

**Cases heard with Ropes & Gray**

Mediations\Neutral Analysis\Other

- Mediation(s) - Closed cases                              1

Justin  Danielwitz
Saul Ewing Arnstein & Lehr LLP

Centre Square West
1500 Market St.  38th Floor
Philadelphia, PA 19102-2186

**Cases heard with Justin  Danielwitz**

No Cases to Report

**Cases heard with Saul Ewing Arnstein & Lehr LLP**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

U.S. vs. Vepuri, Murty, et al.

This report includes General Disclosure of Client Activity from 03/11/2017 to 03/11/2022. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: Gregory P. Miller          Reference #: 1450008185          3/11/2022

---

Tricia  Kazinetz
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market St.  38th Floor
Philadelphia, PA 19102-2186

**Cases heard with Tricia  Kazinetz**
   No Cases to Report

---

Amy L. Deline
Sidley Austin LLP
1501 K St., NW
Washington, DC 20005-1401

**Cases heard with Amy L. Deline**
   No Cases to Report

---

Jack W. Pirozzolo
Sidley Austin LLP
60 State St
36th Floor
Boston, MA 02109

**Cases heard with Jack W. Pirozzolo**
   No Cases to Report

**Cases heard with Sidley Austin LLP**
   No Cases to Report

---

Jeffrey M. Senger
Sidley Austin LLP
1501 K St., NW
Washington, DC 20005-1401

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

General Disclosures, Report A (MKT016A)

## U.S. vs. Vepuri, Murty, et al.

This report includes General Disclosure of Client Activity from 03/11/2017 to 03/11/2022. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |

**Cases heard with Jeffrey M. Senger**

No Cases to Report

| Plaintiff(s) |
| --- |
| **United States** |
| No Address Listed |

**Cases heard with United States**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

General Disclosures, Report A (MKT016A)

U.S. vs. Vepuri, Murty, et al.

This report includes General Disclosure of Client Activity from 03/11/2017 to 03/11/2022. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |

## Counsel for Plaintiff

**Louis D. Lappen**
**Eastern District of Pennsylvania**
615 Chestnut Street,
Suite 1250
Philadelphia, PA 19106

**Cases heard with Louis D. Lappen**
No Cases to Report

**Cases heard with Eastern District of Pennsylvania**
No Cases to Report

**Speare I. Hodges**
**United States Department of Justice**
Consumer Protection Branch
450 5th Street, N.W. Suite 6400-South
Washington, DC 20044

**Cases heard with Speare I. Hodges**
No Cases to Report

**Cases heard with United States Department of Justice**
No Cases to Report

**Zachary A Dietert**
**US Department of Justice**
Consumer Protection Branch
450 5th St, NW, Suite 6400-South
Washington, DC 20530

**Cases heard with Zachary A Dietert**
No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

**U.S. vs. Vepuri, Murty, et al.**

This report includes General Disclosure of Client Activity from 03/11/2017 to 03/11/2022. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |

**Cases heard with US Department of Justice**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

General Disclosures, Report A (MKT016A)

U.S. vs. Vepuri, Murty, et al.

This report includes General Disclosure of Client Activity from 03/11/2017 to 03/11/2022. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: Gregory P. Miller          Reference #: 1450008185          3/11/2022

## Other Disclosures

N/A

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

**U.S. vs. Vepuri, Murty, et al.**

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 03/11/2017 to 03/11/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |
|---|---|---|

## Defendant(s)

**Ashvin Panchal**
No Address Listed

#### Relevant Cases heard with Ashvin Panchal

| No Cases to Report |
|---|

**KVK Tech, Inc**
No Address Listed

#### Relevant Cases heard with KVK Tech, Inc

| No Cases to Report |
|---|

**Murty Vepuri**
No Address Listed

#### Relevant Cases heard with Murty Vepuri

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

**U.S. vs. Vepuri, Murty, et al.**

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 03/11/2017 to 03/11/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |
| --- | --- | --- |

## Counsel for Defendant

Patrick J. Egan
Fox Rothschild LLP
2000 Market St.
20th Floor
Philadelphia, PA 19103-3291

**Relevant Cases heard with Patrick J. Egan**

| No Cases to Report |
| --- |

**Relevant Cases heard with Fox Rothschild LLP**

| No Cases to Report |
| --- |

Saverio S. Romeo
Fox Rothschild LLP
2000 Market St.
20th Floor
Philadelphia, PA 19103-3291

**Relevant Cases heard with Saverio S. Romeo**

| No Cases to Report |
| --- |

Mathewson A. Lisa
Mathewson Law LLC
123 South Broad Street
Suite 1320
Philadelphia, PA 19109

**Relevant Cases heard with Mathewson A. Lisa**

| No Cases to Report |
| --- |

**Relevant Cases heard with Mathewson Law LLC**

| No Cases to Report |
| --- |

Beth Weinman
Ropes & Gray
2099 Pennsylvania Avenue, NW
Washington, DC 20006

**Relevant Cases heard with Beth Weinman**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

U.S. vs. Vepuri, Murty, et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 03/11/2017 to 03/11/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |
|---|---|---|

| No Cases to Report |
|---|

Brien T. O'Connor
Ropes & Gray
Prudential Tower
800 Boylston St.
Boston, MA 02199

Relevant Cases heard with Brien T. O'Connor

| No Cases to Report |
|---|

Relevant Cases heard with Ropes & Gray

| No Cases to Report |
|---|

Justin Danielwitz
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market St.  38th Floor
Philadelphia, PA 19102-2186

Relevant Cases heard with Justin Danielwitz

| No Cases to Report |
|---|

Relevant Cases heard with Saul Ewing Arnstein & Lehr LLP

| No Cases to Report |
|---|

Tricia Kazinetz
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market St.  38th Floor
Philadelphia, PA 19102-2186

Relevant Cases heard with Tricia Kazinetz

| No Cases to Report |
|---|

Amy L. Deline
Sidley Austin LLP
1501 K St. NW
Washington, DC 20005-1401

Relevant Cases heard with Amy L. Deline

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

JAMS Relevant Case Disclosure, Report B (MKT016C)

## U.S. vs. Vepuri, Murty, et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 03/11/2017 to 03/11/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |
|---|---|---|

| No Cases to Report |
|---|

Jack W. Pirozzolo
Sidley Austin LLP
60 State St
36th Floor
Boston, MA 02109

### Relevant Cases heard with Jack W. Pirozzolo

| No Cases to Report |
|---|

### Relevant Cases heard with Sidley Austin LLP

| No Cases to Report |
|---|

Jeffrey M. Senger
Sidley Austin LLP
1501 K St., NW
Washington, DC 20005-1401

### Relevant Cases heard with Jeffrey M. Senger

| No Cases to Report |
|---|

## Plaintiff(s)

United States
No Address Listed

### Relevant Cases heard with United States

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

JAMS Relevant Case Disclosure, Report B (MKT016C)

U.S. vs. Vepuri, Murty, et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 03/11/2017 to 03/11/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Gregory P. Miller | Reference #: 1450008185 | 3/11/2022 |
|---|---|---|

## Counsel for Plaintiff

**Louis D. Lappen**
**Eastern District of Pennsylvania**
615 Chestnut Street,
Suite 1250
Philadelphia, PA 19106

### Relevant Cases heard with Louis D. Lappen

| No Cases to Report |
|---|

### Relevant Cases heard with Eastern District of Pennsylvania

| No Cases to Report |
|---|

**Speare I. Hodges**
**United States Department of Justice**
Consumer Protection Branch
450 5th Street, N.W. Suite 6400-South
Washington, DC 20044

### Relevant Cases heard with Speare I. Hodges

| No Cases to Report |
|---|

### Relevant Cases heard with United States Department of Justice

| No Cases to Report |
|---|

**Zachary A Dietert**
**US Department of Justice**
Consumer Protection Branch
450 5th St, NW, Suite 6400-South
Washington, DC 20530

### Relevant Cases heard with Zachary A Dietert

| No Cases to Report |
|---|

### Relevant Cases heard with US Department of Justice

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*



# General Fee Schedule
*Gregory P. Miller, Esq.*

## PROFESSIONAL FEES
**$800 per hour**
- Other professional time (including additional hearing time, pre- and post-hearing reading and research, conference calls, and drafting orders and awards) will be billed at $800 per hour. This may include travel time.
- All travel expenses are billed at actual cost.

## ARBITRATION FEES
**Filing Fee**
$1,750 – Two Party Matter
$3,000 – Matters involving three or more parties
$1,750 – Counterclaims
· Entire Filing Fee must be paid in full to expedite the commencement of the proceedings
· A refund of $875 will be issued if the matter is withdrawn within five days of filing. After five days, the Filing Fee is non-refundable.

**Case Management Fee**
- 13% of Professional Fees
- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support. Weekends and holidays are subject to additional charges.

## CASE MANAGEMENT FEES FOR OTHER MATTERS
**(Discovery, Special Master, Reference, and Appraisal)**
Initial non-refundable Case Management Fee of $875 per party
Plus 13% of Professional Fees

**Neutral Analysis Matters**
Contact JAMS for administrative and pricing details.

## CANCELLATION/CONTINUANCE POLICY

| Number of Days | | Cancellation/Continuance Period | | Fee |
|---|---|---|---|---|
| 1 day or less | ................ | 30 days or more prior to hearing | ................ | 100% REFUNDABLE, except for time incurred |
| 2 days or more | ................ | 60 days or more prior to hearing | ................ | 100% REFUNDABLE, except for time incurred |
| Sessions of any length | ................ | Inside the cancellation/continuance period | ................ | NON-REFUNDABLE |

- Unused hearing time is non-refundable.
- Hearing fees, including all applicable CMF, are non-refundable if time scheduled (or a portion thereof) is cancelled or continued after the cancellation date unless the Arbitrator's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced. In all cases involving non-refundable time, the cancelling or continuing party is responsible for the fees of all parties.
- A deposit request for anticipated preparation and follow-up time will be billed to the parties. Any unused portion will be refunded.
- Refund Policy: Overpayments are issued to the billing contact on the matter regardless of the paying party.
- All fees are due and payable in advance of services rendered and by any applicable due date as stated in a hearing confirmation letter. JAMS reserves the right to cancel your hearing if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.
- Receipt of payment for all fees is required prior to service of an arbitration order or award.
- For arbitrations arising out of employer-promulgated plans, the only fee that an employee may be required to pay is $400. The employer must bear the remainder of the employee's share of the Filing Fee and all Case Management Fees. Any questions or disagreements about whether a matter arises out of an employer-promulgated plan or an individually negotiated agreement or contract will be determined by JAMS, whose determination shall be final.
- For arbitrations arising out of pre-dispute arbitration clauses between companies and individual consumers, JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses, Minimum Standards of Procedural Fairness applies. In those cases, when a consumer (as defined by those Minimum Standards) initiates arbitration against the company, the only fee required to be paid by the consumer is $250. The company must bear the remainder of the consumer's share of the Filing Fee and all Case Management Fees.
- Parties that, through mutual agreement, have held their case in abeyance for one year will be assessed an initial abeyance fee of $500, and $500 every six months thereafter. If a party refuses to pay the assessed fee, the other party or parties may opt to pay the entire fee on behalf of all parties, otherwise the matter will be closed.
- JAMS panelists may use a law clerk depending on the complexity of the case. The parties will be informed of the engagement if the neutral plans to employ a clerk. The clerk's hourly rate will be billed to the parties subject to the agreed fee split and in accordance with JAMS' policies.

JAMS agreement to render services is with the attorney, the party, and/or other representatives of the party.

## SERVICE LIST

| | | | |
|---|---|---|---|
| **Case Name:** | U.S. vs. Vepuri, Murty, et al. | **Hear Type:** | Court Reference |
| **Reference #:** | 1450008185 | **Case Type:** | Privacy |
| **Panelist:** | Miller, Gregory P., | | |

---

**United States**

**Speare I. Hodges**
United States Department of        Plaintiff
Justice                                          Fax: 202-307-0174
Consumer Protection Branch
450 5th Street, N.W. Suite
6400-South
Washington, DC  20044
Speare.l.Hodges@usdoj.gov

**Louis D. Lappen**
Eastern District of Pennsylvania    Plaintiff
615 Chestnut Street,
Suite 1250
Philadelphia, PA  19106
Louis.lappen@usdoj.gov

**Zachary A Dietert**
US Department of Justice             Plaintiff
Consumer Protection Branch        Phone: 202-532-4892
450 5th St, NW, Suite                   Fax: 202-514-8742
6400-South
Washington, DC  20530
zachary.a.dietert@usdoj.gov

**KVK Tech, Inc**

**Jack W. Pirozzolo**
Sidley Austin LLP                         Defendant
60 State St                                   Phone: 617-223-0300
36th Floor                                    Fax: 617-223-0301
Boston, MA  02109
jpirozzolo@sidley.com

**Jeffrey M. Senger**
Sidley Austin LLP                         Defendant
1501 K St., NW                            Phone: 202-736-8000
Washington, DC  20005-1401        Fax: 202-736-8711
jsenger@sidley.com

**Amy L. Deline**
Sidley Austin LLP                         Defendant
1501 K St., NW                            Phone: 202-736-8000
Washington, DC  20005-1401        Fax: 202-736-8711
adeline@sidley.com

**Mathewson A. Lisa**
Mathewson Law LLC                    Defendant
123 South Broad Street                Fax: 215-399-9592
Suite 1320
Philadelphia, PA  19109
lam@mathewson-law.com

**Ashvin Panchal**

**Patrick J. Egan**
Fox Rothschild LLP                      Defendant
2000 Market St.                           Phone: 215-299-2000
20th Floor                                    Fax: 215-299-2150
Philadelphia, PA  19103-3291
pegan@foxrothschild.com

**Saverio S. Romeo**
Fox Rothschild LLP                      Defendant
2000 Market St.                           Phone: 215-299-2000
20th Floor                                    Fax: 215-299-2150
Philadelphia, PA  19103-3291
sromeo@foxrothschild.com

**Murty Vepuri**

**Justin Danielwitz**
Saul Ewing Arnstein & Lehr LLP    Defendant
Centre Square West                     Phone: 215-972-7777
1500 Market St.  38th Floor          Fax: 215-972-7725
Philadelphia, PA  19102-2186
justin.danielwitz@saul.com

**Tricia Kazinetz**
Saul Ewing Arnstein & Lehr LLP    Defendant
Centre Square West                     Phone: 215-972-7777
1500 Market St.  38th Floor          Fax: 215-972-7725
Philadelphia, PA  19102-2186
tricia.kazinetz@saul.com

**Brien T. O'Connor**
Ropes & Gray                              Defendant
Prudential Tower                          Phone: 617-951-7000
800 Boylston St.                          Fax: 617-951-7050
Boston, MA  02199
Brien.O'Connor@ropesgray.com

**Beth Weinman**
Ropes & Gray
2099 Pennsylvania Avenue, NW
Washington, DC   20006
Beth.Weinman@ropesgray.com

Defendant
Phone: 202-508-4600
Fax: 202-508-4650

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: U.S. vs. Vepuri, Murty, et al.
Reference No. 1450008185

I, Salvador Sauceda-Guzman, not a party to the within action, hereby declare that on

March 16, 2022, I served the attached Disclosures & Consent and Certification on the parties in

the within action by Email and by depositing true copies thereof enclosed in sealed envelopes

with postage thereon fully prepaid, in the United States Mail, at Washington, DISTRICT OF

COLUMBIA, addressed as follows:

Jack W. Pirozzolo Esq.
Sidley Austin LLP
60 State St
36th Floor
Boston, MA   02109
Phone: 617-223-0300
jpirozzolo@sidley.com
    Parties Represented:
    KVK Tech, Inc

Jeffrey M. Senger Esq.
Amy L. Deline
Sidley Austin LLP
1501 K St., NW
Washington, DC   20005-1401
Phone: 202-736-8000
jsenger@sidley.com
adeline@sidley.com
    Parties Represented:
    KVK Tech, Inc

Mathewson A. Lisa
Mathewson Law LLC
123 South Broad Street
Suite 1320
Philadelphia, PA   19109
Phone: 215-399-9592
lam@mathewson-law.com
    Parties Represented:
    KVK Tech, Inc

Patrick J. Egan Esq.
Saverio S. Romeo
Fox Rothschild LLP
2000 Market St.
20th Floor
Philadelphia, PA   19103-3291
Phone: 215-299-2000
pegan@foxrothschild.com
sromeo@foxrothschild.com
    Parties Represented:
    Ashvin Panchal

Justin Danielwitz
Tricia Kazinetz
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market St.   38th Floor
Philadelphia, PA   19102-2186
Phone: 215-972-7777
justin.danilewitz@saul.com
tricia.kazinetz@saul.com

Brien T. O'Connor Esq.
Ropes & Gray
Prudential Tower
800 Boylston St.
Boston, MA   02199
Phone: 617-951-7000
Brien.O'Connor@ropesgray.com
    Parties Represented:
    Murty Vepuri

Parties Represented:
Murty Vepuri

Beth Weinman
Ropes & Gray
2099 Pennsylvania Avenue, NW
Washington, DC   20006
Phone: 202-508-4600
Beth.Weinman@ropesgray.com
    Parties Represented:
    Murty Vepuri

Speare I. Hodges
United States Department of Justice
Consumer Protection Branch
450 5th Street, N.W. Suite 6400-South
Washington, DC   20044
Phone: 202-307-0174
Speare.I.Hodges@usdoj.gov
    Parties Represented:
    United States

Zachary A Dietert Esq
US Department of Justice
Consumer Protection Branch
450 5th St, NW, Suite 6400-South
Washington, DC   20530
Phone: 202-532-4892
zachary.a.dietert@usdoj.gov
    Parties Represented:
    United States

Louis D. Lappen
Eastern District of Pennsylvania
615 Chestnut Street,
Suite 1250
Philadelphia, PA   19106
Louis.lappen@usdoj.gov
    Parties Represented:
    United States

       I declare under penalty of perjury the foregoing to be true and correct. Executed at

Washington, DISTRICT OF COLUMBIA on March 16, 2022.

*Salvador Sauceda-Guzman*
Salvador Sauceda-Guzman
SSaucedaguzman@jamsadr.com