IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-132 |
| MURTY VEPURI, et al. | : | NO. 21-mj-1220 |

ORDER

AND NOW, this 24th day of August, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants for a protective order for the 27 documents dated prior to January 1, 2018 is GRANTED; and

(2)  the motion of defendants for a protective order for the remaining 34 documents is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                    J.