IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 21-132 |
| MURTY VEPURI<br>ASHVIN PANCHAL<br>KVK TECH, INC. | :<br><br>: | |

# O R D E R

AND NOW, this  1st   day of  April            , 2024, upon consideration of the Government's Motion to Dismiss the Superseding Indictment, it is hereby ORDERED that Superseding Indictment No. 21-132 is dismissed without prejudice as to the above-named defendants.

BY THE COURT:

*Harvey Bartle III*

HON. HARVEY BARTLE, III
*Judge, United States District Court*